UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRESSIE POMMIER, | |
| Plaintiff, | |
| v. | C23-1409 TSZ |
| KAISER FOUNDATION HEALTH PLAN OF WASHINGTON, | MINUTE ORDER |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion for sanctions, docket no. 26, is GRANTED. The Court finds that sanctions are necessary and appropriate and ORDERS plaintiff to pay $3,000.00 in attorney's fees to defense counsel within 10 days of the entry of this Minute Order. Plaintiff's cross motion for sanctions, docket no. 28, is DENIED.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of January, 2025.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1